

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-18-00848-CR

Eusebio **CASTILLO**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR5376A
Honorable Joey Contreras, Judge Presiding

# O R D E R

This court has received notice that appellant died on April 1, 2019. Because this appeal was perfected before appellant's death, and we have not yet issued a mandate, it is **ORDERED** that this appeal is **PERMANENTLY ABATED**. *See* TEX. R. APP. P. 7.1(a)(2); *Vargas v. State*, 659 S.W.2d 422, 423 (Tex. Crim. App. 1983).

Additionally, appellant's appointed counsel has filed a motion to withdraw. Counsel's motion to withdraw is **GRANTED**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court